UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN L. HALEY,<br><br>　　Plaintiff,<br><br>vs.<br><br>CDCR *ET AL.*,<br><br>　　Defendants. | Case No. 1:12-cv-01595-RRB<br><br>**DISMISSAL ORDER**<br>[Fed. R. Civ. P. 41(a)] |

　　Plaintiff Donovan L. Haley, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. Haley filed the Complaint commencing this action on September 24, 2012.[1] On April 22, 2013, Haley filed a motion to voluntarily dismiss this action under Rule 41(a), without prejudice.[2]

　　The Ninth Circuit has explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (*citing Hamilton v. Shearson-Lehman American Express*, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The

---

[1]　　Docket 1.

[2]　　Docket 9.

DISMISSAL ORDER - 1
*Haley v. CDCR* , 1:12-cv-01595-RRB

>dismissal is effective on filing and no court order is required. *Id*. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. *Id.*; *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. *Concha*, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. *Id*. (*citing McKenzie v. Davenport-Harris Funeral Home*, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. *Id*.[3]

No defendant has filed an answer or motion for summary judgment in this action. Therefore, this case has terminated. Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Dismiss this action is **GRANTED**;

2. This action is **DISMISSED** in its entirety without prejudice; and

3. The Clerk of the Court is **DIRECTED** to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

**IT IS SO ORDERED** this 26th day of April, 2013.

        S/RALPH R. BEISTLINE
        UNITED STATES DISTRICT JUDGE

---

[3] *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).